**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Victor T. WILLIAMS, Defendant–Appellant.**

**No. 13–12948**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 19, 2014.

Robert G. Davies, Alicia Kim, Pamela C. Marsh, U.S. Attorney's Office, Pensacola,

---

FL, Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Victor T. Williams, Inez, KY, pro se.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Elizabeth A. Amond, appointed counsel for Victor T. Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's convictions and sentences are **AFFIRMED.**